**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| **MARIE BOHRER,** | : | **CIVIL ACTION NO.:** |
| Plaintiff | : | |
| | : | 3 :03 CV 00338 (AWT) |
| - against - | : | |
| | : | |
| **GENERAL ELECTRIC FINANCIAL** | : | |
| **ASSURANCE** | : | October 16, 2003 |
| Defendant. | | |

**PLAINTIFF'S THIRD**
**MOTION FOR EXTENTION OF TIME**
**TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**

Plaintiff, through her undersigned counsel, hereby moves for an extension of time in which to file her responses to Defendant's First Set of Interrogatories and Requests for production of documents. The current deadline for these responses is October 15, 2003. Additional time is needed to prepare appropriate objections and responses . There are 14 Interrogatories and 26 requests for productions. A 30 day extension of time will extend the deadline to November 14, 2003. This is the third such motion for extension of time as to this issue. This case is not yet assigned for trial. Counsel for Defendant, Attorney Ray Bertrand, has been contacted and consents to this motion.

**ORAL ARGUMENT IS NOT REQUESTED / TESTIMONY IS NOT REQUIRED**

-1-

Plaintiff, Marie Bohrer

By: _____
Richard E. Hayber
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106
Fed No.: ct11629
Attorney for Plaintiffs
(860) 522-8888

## CERTIFICATION OF SERVICE

This is to certify that on this date, the foregoing document was sent via regular mail to all counsel and pro se parties of record including:

Raymond Bertrand
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901

_____
Richard E. Hayber