# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MARIE BOHRER,
      Plaintiff

  - against -

GENERAL ELECTRIC FINANCIAL ASSURANCE
      Defendant.

CIVIL ACTION NO.:

3 :03 CV 00338 (AWT)

October 16, 2003

## PLAINTIFF'S THIRD MOTION FOR EXTENTION OF TIME TO RESPOND TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff, through her undersigned counsel, hereby moves for an extension of time in which to file her responses to Defendant's First Set of Interrogatories and Requests for production of documents. The current deadline for these responses is October 15, 2003. Additional time is needed to prepare appropriate objections and responses. There are 14 Interrogatories and 26 requests for productions. A 30 day extension of time will extend the deadline to November 14, 2003. This is the third such motion for extension of time as to this issue. This case is not yet assigned for trial. Counsel for Defendant, Attorney Ray Bertrand, has been contacted and consents to this motion.

**ORAL ARGUMENT IS NOT REQUESTED / TESTIMONY IS NOT REQUIRED**

Extension GRANTED, nunc pro tunc, to and including November 14, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11/04/03

-1-