UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 29 P 2: 2\)
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| **MARIE BOHRER** | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff | : | |
| | : | 3:03 CV 00338 (AWT) |
| | : | |
| - against - | : | |
| | : | |
| **GENERAL ELECTRIC FINANCIAL** | : | |
| **ASSURANCE** | : | December 23, 2003 |
| Defendant | : | |

## MOTION ON CONSENT FOR CONTINUATION OF
## DEADLINE TO COMPLETE DISCOVERY

The parties, through their undersigned counsel, hereby move for an order from this court to extend the deadline to complete discovery. That deadline is currently December 31, 2003. The parties have been working diligently with each other on discovery matters and have exchanged thousands of pages of documents. The plaintiff has submitted to one full day of deposition questioning. Plaintiff has also taken two depositions of defense witnesses. Additional depositions are now scheduled. There are recent interrogatories and document requests which remain outstanding. The parties believe that they can complete discovery by March 31, 2004 and therefore request a 90 day extension of the current discovery deadline to complete all discovery. The parties also reserve the right to file additional motions for extensions of time should the need arise. This is the first motion to extend the deadline to complete discovery. This case is not yet assigned for trial.

**ORAL ARGUMENT IS NOT REQUESTED / TESTIMONY IS NOT REQUIRED**

Counsel for Defendant, Raymond Bertrand, consents to and joins this Motion. For the foregoing reason, this Motion should be granted.

THE PLAINTIFF(S),
MARIE BOHRER, ET AL

By: /s/
Richard E. Hayber,
Hayber & Pantuso, LLC
Fed. Bar No: ct11629
221 Main Street, Suite 400
Hartford, CT 06106
(860) 522-8888
Attorney for the Plaintiffs

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed on this date to the following counsel of record:

Raymond Bertrand
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901

Craig Dickinson
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Suite 201
Hartford CT 06106

_____
Richard E. Hayber